# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEINGARTEN REALTY INVESTORS, a Texas real estate investment trust,<br><br>                Plaintiff,<br><br>     vs.<br><br>COSWAY USA, INC., d/b/a ECOSWAY USA, INC. or COUNTRY FARM ORGANICS, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No. 15-cv-00249-CJC-JCG<br><br>**ORDER RE DISMISSAL OF COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

141979.00602/100457080v.1

**ORDER**

1 **ORDER**

2     **IT IS HEREBY ORDERED** that pursuant to the Stipulation Re Dismissal of

3 Complaint filed in the above-referenced action that the complaint and all claims

4 alleged therein against Defendant Cosway USA, Inc., d/b/a ECosway USA, Inc. or

5 Country Farm Organics is hereby dismissed with prejudice pursuant to Rule

6 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure.

7     **SO ORDERED.**

8

9 DATED: June 1, 2015

10                                       Hon. Cormac J. Carney
                                      United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

141979.00602/100457080v.1

1

**ORDER**